**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **CATHERINE FRANCES IRELAND,** | ) |
| **Plaintiff,** | )    **Case No. CV 12-5436 AJW** |
| **v.** | )    **J U D G M E N T** |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of the Social**<br>**Security Administration,** | ) |
| **Defendant.** | ) |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

December 19, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge